

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 17 2023

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

## DECLARATION OF RELEASE & DISCHARGE OF OATH

**JUDGE: Reed O'Conner**

**4-23MC-015-O**

I, Jamalle of the lawful house of Gibson, Release and Discharge **Judge Reed O'Conner** from His Emergency War Powers Judicial Duties created by section 17 of the **(Trading with The Enemy Act)** and clearly inform the court that **I, A Private American National Citizen** who has harm nobody and noting that I do not consent to Statutory Military Jurisdiction of any kind. I did not willingly or knowingly consent to Statutory Military Jurisdiction prior to being unlawfully detained and I do not consent to Statutory Military Jurisdiction Now. I do not consent to Statutory Military Jurisdiction now nor at any foreseeable time in the future.

I do, however, except the Oath of **Judge Reed O'Conner** and his trust obligation to uphold and defend the Constitution of the United States under the Law of the Land affirmed "So Help Me God", and I do accept the **(Perpetual Friendship)**, and **(Amity)** of all members of the **Bar Association** owed to **Americans** by the **Treaty of West Minister 1794** and their honest conduct owed by **The Bar Association Treaty of 1947**.

I repeat that **I am a Non-Combatant** and not an **Enemy** and I do not consent to any Statutory Military Jurisdiction being exercised with respect to me in the present, and I do not consent to any future Statutory Military Jurisdiction being offered against me.

I revoke all and any consent actual or implied to act as or be considered a **Voluntary Surety, Trustee, Volunteer, a Corporate Officer of any kind, A Taxpayer Commercial Driver, Corporate Franchise Operator, Warrant Officer, Licensee Beneficiary** of the **Public Charitable Trust** or any **Other Individual** or **Employees Subject** to the **British Crown** or **British King** in any Capacity Whatsoever.

I clearly attest and declare that I am an American Born on the land of the Texas State and I'm one of the **Free, Sovereign, and Independent People** of the United States as defined by **The Definitive Trust of Peace, Paris 1783**. I have never considered any other political status actual or implied to be a benefit.

AUTOGRAPHED BY: Jamalle

*Jamalle*

ACCEPTED FOR VALUE BY GRANTEE Returned For Value by GRANTOR/ SETTLER ON SPECIAL DEPOSIT WITHOUT RECOURSE. IT IS ORDERED DISCHARE ALL ALLEGATION/ PRESENTMENT/ BONDS/FEES/TAXES/ TITLE to Distinguish the Debt and SETTLE the Account of JAMALLE GIBSON

Date 8/14/23

X Jamalle W. Hilson

Authorized Representative, all RIGHTS RESERVED

